No. 02–11027.   VERA v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 02–11028.   COOK v. MASSACHUSETTS.   Sup. Jud. Ct. Mass. Certiorari denied.

No. 02–11029.   CRUZ v. UNITED STATES; and
No. 03–5382.   HERNANDEZ VILLA, AKA AGUIRRE CORREA, AKA VILLA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied. Reported below: 62 Fed. Appx. 557.

No. 02–11030.   JACKSON v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 02–11031.   SHAYESTEH v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 02–11032.   RUSSELL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 02–11033.   QUIROZ v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 02–11035.   TYSON v. EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES.   Ct. App. Colo.   Certiorari denied.

No. 02–11036.   CALDWELL v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 02–11037.   CRAIG v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 02–11038.   SPIDLE v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 02–11039.   RICHARDSON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 02–11040.   REID v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.